IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

| | |
|---|---|
| INVESTORS TITLE INSURANCE COMPANY<br><br>Plaintiff<br><br>v.<br><br>MARYLAND TITLE CENTER, LLC<br><br>Defendant | Civil Action No. 14-1863 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. C. P. 41(a)(1)(A)(i), the Plaintiff does hereby voluntarily dismiss, with prejudice. This dismissal disposes of all claims made in the action.

Date: October 9, 2014

/s/
Thomas C. Valkenet
Young & Valkenet
600 Wyndhurst Avenue, Suite 230
Baltimore, Maryland 21210
(410) 323-0900
TCV@youngandvalkenet.com
ITV@youngandvalkenet.com

Attorney for Investors Title Insurance Company

Request GRANTED this 9th Day of October, 2014

Richard D. Bennett
United States District Judge